NUMBER 13-03-634-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

IN THE INTEREST OF H.M., A CHILD
____________________________________________________________________

On appeal from the 308th District Court
of Harris County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, HANI MANSHADI, attempted to perfect an appeal from an order
purportedly entered by the 308th District Court of Harris County, Texas, in cause no.
1993-47999. 
         Upon review of the documents on file, it appeared that no final, appealable order
had been entered in this cause. Pursuant to Tex. R. App. P. 42.3, notice of this defect
was given so that steps could be taken to correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten days from the
date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. 
Appellant has failed to file a response as requested by this Court’s notice. 
         The Court, having considered the documents on file and appellant’s failure to
respond to this Court’s notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                               PER CURIAM

Opinion delivered and filed this
the 26th day of February, 2004.